July 27, 2017



# JUDGMENT
## The Fourteenth Court of Appeals

TECLOGISTICS, INC. AND JOSEPHINE TREURNIET, Appellants/Cross-Appellees

NO. 14-16-00189-CV            V.

DRESSER-RAND GROUP, INC., Appellee/Cross-Appellant

_____

This cause, an appeal from the judgment signed December 3, 2015 in favor of appellee/cross-appellant Dresser-Rand Group, Inc., was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to

(1) **delete** the sentence, "The jury assessed damages in the amount of seven thousand three hundred six dollars and no cents ($7, 306.00) against TecLogistics in favor of Dresser-Rand for TecLogistics' charging an amount greater than that agreed by the parties (Question No. 1)"; and

(2) **amend** the provision ordering that Dresser-Rand have and recover from TecLogistics, Inc. "actual damages in the amount of thirteen thousand one hundred eighty seven dollars and no cents ($13,187.00)" to instead order that Dresser-Rand have and recover from TecLogistics, Inc. "actual damages in the amount of five thousand, eight hundred eighty-one dollars and no cents ($5,881.00)."

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellee Dresser-Rand Group, Inc. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.